UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T<span>REVOR</span> P<span>IOTROWSKI</span>,

    Plaintiff,

v.

R<span>ICK</span> S<span>NYDER</span>,
    Defendant.
_____/

Case No. 17-cv-13631

U<span>NITED</span> S<span>TATES</span> D<span>ISTRICT</span> C<span>OURT</span> J<span>UDGE</span>
G<span>ERSHWIN</span> A. D<span>RAIN</span>

## O<span>RDER</span> D<span>ENYING</span> P<span>LAINTIFF'S</span> M<span>OTION TO</span> S<span>UPPLEMENT BY</span> I<span>NJUNCTION</span> [6], M<span>OTION</span> F<span>OR</span> A<span>PPOINTMENT OF</span> C<span>OUNSEL</span> [7], <span>AND</span> A<span>PPLICATION TO</span> P<span>ROCEED</span> W<span>ITHOUT</span> P<span>REPAYING</span> F<span>EES OR</span> C<span>OSTS</span> [10]

Plaintiff Trevor Piotrowski, presently incarcerated at Woodland Center Correctional Facility in Whitmore Lake, Michigan, recently filed the following motions in this case: Motion to Supplement by Injunction [6], Motion for Appointment of Counsel [7], and Application to Proceed Without Prepaying Fees or Costs [10]. The Court, however, has already dismissed Plaintiff's Complaint without prejudice subject to him filing a new Complaint with payment of the filing fee. *See* Dkt. No. 4.

Accordingly, the Court will DENY AS MOOT Plaintiff's Motion to Supplement by Injunction [6], Motion for Appointment of Counsel [7], and Application to Proceed Without Prepaying Fees or Costs [10].

IT IS SO ORDERED.

Dated:  December 7, 2017 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 7, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk